ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON
River Park Towers
333 West San Carlos, Suite 600
San Jose, CA 95110
Telephone: 408-975-7500
Facsimile: 408-975-7501
E-mail: pmccabe@kenyon.com

Attorneys for Plaintiffs
FCI USA, INC., and FCI AMERICAS
TECHNOLOGY, INC.

WILLIAM L. ANTHONY, JR (SBN 106908)
ELIZABETH HOWARD
DUO CHEN
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO.,
LTD. and FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC., and FCI AMERICAS TECHNOLOGY, INC., <br><br> Plaintiffs and Counter Defendants, <br><br> v. <br><br> FOXCONN ELECTRONICS, INC. and HON HAI PRECISION INDUSTRY, CO., LTD., <br><br> Defendants and Counter Claimants. | Case No. C-03-4519 JCS <br><br> JOINT STIPULATION REGARDING CASE SCHEDULE AND [~~PROPOSED~~] ORDER <br><br> Trial Date: October 3, 2005, 8:30 a.m. |

The parties, through their respective attorneys of record, and subject to the approval of the Court, hereby jointly stipulate to amend the current case schedule as set forth in the table below. This slight modification of the schedule will allow the parties to explore their options in view of the Court's dismissal of counts I and II of Defendants' counterclaims to the extent they relate to U.S. Patent Nos. 6,024,584, 6,079,991, 6,093,035, 6,164,983, and 6,325,644.

| Date | Event |
|---|---|
| July 1, 2005 | Final Invalidity Contentions/Production of any Opinion |
| July 29, 2005 | Opening Expert Reports |
| August 26, 2005 | Rebuttal Reports |
| September 2, 2005 | Expert Depositions Begin |
| September 30, 2005 | Close of Fact and Expert discovery |
| October 14, 2005 | Last Day to File Dispositive Motions |
| November 4, 2005 | Oppositions memoranda to be filed for any dispositive motions filed on October 14, 2005 |
| November 18, 2005 | Reply briefs to be filed for any dispositive motions filed on October 14, 2005 |
| ~~December 23, 2005~~ December 16, 2005 | Hearing Date for Dispositive Motions |
| ~~February 10, 2006~~ March 17, 2006 | Pretrial Conference |
| ~~TBD by the Court~~ May 1, 2006 at 8:30 a.m. | Trial |

The case schedule was originally set by the Court on March 8, 2004. The schedule has previously been modified to: (1) continue the *Markman* hearing from November 3, 2004 to November 10, 2005; (2) continue the *Markman* hearing from November 10, 2004 to December 8, 2004, and to extend claim construction dates by 30 days; (3) extend post claim construction discovery, motions, final pretrial conference, and jury trial dates by 60 days; and (4) modify the schedule in light of mediation proceedings. The current schedule is reflected in this Court's Order dated February 14, 2005.

The requested modification of the schedule affects the hearing date for dispositive motions, as well as the pretrial conference and trial dates. Subject to the Court's approval, the parties have

agreed upon December 23, 2005 as the new date for a hearing on dispositive motions, which is presently set for August 5, 2005. Subject to the Court's approval, the parties also have agreed upon February 10, 2006 as the new date for a pretrial conference, which is presently set for September 23, 2005. In light of the proposed modification to the schedule, the parties respectfully request that the Court set a new trial date.

Dated: May 31, 2005

ALBERT J. BRENEISEN
PHILIP J. MCCABE
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON

/s/
Sheila Mortazavi
Attorneys for Plaintiffs
FCI USA, INC. and
FCI AMERICAS TECHNOLOGY, INC.

Dated: May 31, 2005

WILLIAM L. ANTHONY
ELIZABETH HOWARD
DUO CHEN
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Duo Chen
Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD.
and FOXCONN ELECTRONICS, INC.

I hereby attest that concurrence in the filing of this joint document has been obtained from Duo Chen, counsel for Defendants.

Dated: May 31, 2005         /s/
                            Sheila Mortazavi

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED BY THE COURT.

Dated: June 3, 2005         /s/ Joseph C. Spero
                            JOSEPH C. SPERO
                            United States Magistrate Judge