ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON
River Park Towers
333 West San Carlos, Suite 600
San Jose, CA 95110
Telephone: 408-975-7500
Facsimile: 408-975-7501

Attorneys for Plaintiffs
FCI USA, INC., and FCI AMERICAS
TECHNOLOGY, INC.

WILLIAM ANTHONY (SBN 106908)
ELIZABETH HOWARD
DIANA RUTOWSKI
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO.,
LTD. and FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC., and FCI AMERICAS TECHNOLOGY, INC., <br><br> Plaintiffs and Counter Defendants, <br><br> v. <br><br> FOXCONN ELECTRONICS, INC. and HON HAI PRECISION INDUSTRY, CO., LTD., <br><br> Defendants and Counter Claimants. | Case No. C-03-4519 JCS <br><br> JOINT STIPULATION REGARDING CASE SCHEDULE AND [~~PROPOSED~~] ORDER <br><br> Trial Date: May 1, 2006 at 8:30 a.m. |

1  The parties, through their respective attorneys of record, and subject to the approval of the
2  Court, hereby jointly stipulate to amend the current case schedule with respect to the submission of
3  expert reports and expert discovery as shown in the table below.  The parties seek to amend the
4  dates for expert reports and expert discovery in order to ensure efficient progression of the case.

| Date | Event |
| --- | --- |
| August 26, 2005 | Opening Expert Reports |
| September 23, 2005 | Rebuttal Reports |
| September 26, 2005 | Expert Depositions Begin |
| October 14, 2005 | Close of Expert Discovery |

The case schedule was originally set by the Court on March 8, 2004.  The schedule has previously been modified to:  (1) continue the *Markman* hearing from November 3, 2004 to November 10, 2004; (2) continue the *Markman* hearing from November 10, 2004 to December 8, 2004, and to extend claim construction dates by 30 days; (3) extend post claim construction discovery, motions, final pretrial conference, and jury trial dates by 60 days; (4) modify the schedule in light of mediation proceedings; and (5) in light of the dismissal of several patents-in-suit, change the hearing date for dispositive motions, change the date of the pretrial conference, and set the date for trial.  The current schedule is reflected in this Court's Order dated June 3, 2005.

Subject to the Court's approval, the parties have agreed upon the following changes: (1) opening expert reports, currently due July 29, 2005, would be due August 26, 2005; (2) rebuttal expert reports, currently due August 26, 2005, would be due September 23, 2005; (3) the opening of expert depositions, currently scheduled for September 2, 2005, would begin September 26, 2005; and (4) the close of expert discovery, currently scheduled for September 30, 2005, would be moved to October 14, 2005.  The remaining dates in the June 3, 2005 Order are not affected.

2   JOINT STIPULATION REGARDING CASE
    SCHEDULE AND [PROPOSED] ORDER
    CASE NO. C-03-4519 JCS

Dated: July 22, 2005

ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON

/s/
Michael Shen
Attorneys for Plaintiffs
FCI USA, INC. and
FCI AMERICAS TECHNOLOGY, INC.

Dated: July 22, 2005

WILLIAM ANTHONY (SBN 106908)
ELIZABETH HOWARD
DIANA RUTOWSKI
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Diana Rutowski
Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD.
and FOXCONN ELECTRONICS, INC.

I hereby attest that concurrence in the filing of this joint document has been obtained from Diana Rutowski, counsel for Defendants.

Dated: July 22, 2005

/s/
Michael M. Shen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 26, 2005

JOSEPH C. SPERO
United States Magistrate Judge

3   JOINT STIPULATION REGARDING CASE
SCHEDULE AND [PROPOSED] ORDER
CASE NO. C-03-4519 JCS