| | |
|---|---|
| 1 | ALBERT J. BRENEISEN |
| 2 | PHILIP J. MCCABE (STATE BAR NO. 201092) |
|   | JOHN W. BATEMAN |
| 3 | MICHAEL M. SHEN |
|   | SHEILA MORTAZAVI |
| 4 | KENYON & KENYON |
|   | River Park Towers |
| 5 | 333 West San Carlos, Suite 600 |
|   | San Jose, CA 95110 |
| 6 | Telephone: 408-975-7500 |
| 7 | Facsimile: 408-975-7501 |
| 8 | Attorneys for Plaintiffs |
|   | FCI USA, INC., and FCI AMERICAS |
| 9 | TECHNOLOGY, INC. |
| 10 | WILLIAM L. ANTHONY (STATE BAR NO. 106908) |
|    | ELIZABETH HOWARD (STATE BAR NO. 173185) |
| 11 | DUO CHEN (STATE BAR NO. 220675) |
|    | DIANA M. RUTOWSKI (STATE BAR NO. 233878) |
| 12 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|    | 1000 Marsh Road |
| 13 | Menlo Park, CA  94025 |
|    | Telephone:     650-614-7400 |
| 14 | Facsimile:     650-614-7401 |
| 15 | Attorneys for Defendants |
|    | FOXCONN ELECTRONICS, INC. and |
| 16 | HON HAI PRECISION INDUSTRY, CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC., | Case No.  C-03-4519 JCS |
| Plaintiffs and Counter Defendants, | **JOINT STIPULATION REGARDING CASE SCHEDULE AND [~~PROPOSED~~] ORDER** |
| v. | |
| FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD., | Judge:       Joseph C. Spero |
| | Trail Date:  May 1, 2006 at 8:30am |
| Defendants and Counter Claimants. | |

DOCSSV1:420357.1

JOINT STIPULATION REGARDING CASE SCHEDULE AND
[~~PROPOSED~~] ORDER
C-03-4519 JCS

The parties, through their respective attorneys of record, and subject to the approval of the Court, hereby jointly stipulate to amend the current case schedule with respect to the submission of expert reports and expert discovery as shown in the table below. The parties seek to amend the dates for expert reports and expert discovery in order to ensure efficient progression of the case.

| Date | Event |
| --- | --- |
| September 2, 2005 | Opening Expert Reports |
| September 30, 2005 | Rebuttal Expert Reports |
| October 3, 2005 | Expert Depositions Begin |
| October 7, 2005 | Close of Fact Discovery |
| October 21, 2005 | Close of Expert Discovery |

The case schedule was originally set by the Court on March 8, 2004. The schedule has previously been modified: (1) to continue the Markman hearing from November 3, 2004 to November 10, 2004; (2) to continue the Markman hearing from November 10, 2004 to December 8, 2004, and to extend claim construction dates by 30 days; (3) to extend post claim construction discovery, motions, final pretrial conference, and jury trial dates by 60 days; (4) to modify the schedule in light of mediation proceedings; (5) in light of the dismissal of several patents-in suit, to change the hearing date for dispositive motions, change the date of the pretrial conference, and set the date for trial; and (6) to change the dates for expert discovery. The current schedule is reflected in this Court's Order dated June 3, 2005, as amended on July 26, 2005.

Subject to the Court's approval, the parties have agreed upon the following changes: (1) opening expert reports, currently due August 26, 2005, would be due September 2, 2005; (2) rebuttal expert reports, currently due September 23, 2005, would be due September 30, 2005; (3) the opening of expert depositions, currently scheduled for September 26, 2005, would begin October 3, 2005; (4) the close of fact discovery, currently scheduled for September 30, 2005, would be moved to October 7, 2005; and (5) the close of expert discovery, currently

scheduled for October 14, 2005, would be moved to October 21, 2005. The remaining dates in the June 3, 2005 Order and the July 26, 2005 Order are not affected.

Dated: August 11, 2005

ALBERT J. BRENEISEN
PHILIP J. MCCABE (STATE BAR NO. 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON

/s/
John W. Bateman
Attorneys for Plaintiffs
FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC.

Dated: August 11, 2005

WILLIAM L. ANTHONY (STATE BAR NO. 106908)
ELIZABETH HOWARD (STATE BAR NO. 173185)
DUO CHEN (STATE BAR NO. 220675)
DIANA M. RUTOWSKI (STATE BAR NO. 233878)
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Elizabeth Howard
Attorneys for Defendants
FOXCONN ELECTRONICS, INC. and
HON HAI PRECISION INDUSTRY, CO., LTD.

I hereby attest that concurrence in the filing of this joint document has been obtained from John W. Bateman, counsel for Plaintiffs.

Dated: August 11, 2005

/s/
Elizabeth Howard

1       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated:   August 12, 2005                /s/ *signature*

4                                   The Honorable Joseph C. Spero
                                  United States Magistrate Judge