| | |
|---|---|
| 1 | WILLIAM L. ANTHONY (STATE BAR NO. 106908) |
| 2 | ELIZABETH A. HOWARD (STATE BAR NO. 173185) |
|   | ALEX CHACHKES (STATE BAR NO. 183918) |
| 3 | DIANA M. RUTOWSKI (STATE BAR NO. 233878) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 1000 Marsh Road |
|   | Menlo Park, CA  94025 |
| 5 | Telephone:    650-614-7400 |
|   | Facsimile:     650-614-7401 |
| 6 | Attorneys for Defendants |
| 7 | HON HAI PRECISION INDUSTRY, CO., LTD. and |
|   | FOXCONN ELECTRONICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC., | Case No.  C-03-4519 JCS |
| Plaintiffs and Counterclaim Defendants, | NOTICE OF CHANGE OF COUNSEL |
| v. | |
| FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD., | |
| Defendants and Counter Claimants. | |

DOCSSV1:425401.1                                                           NOTICE OF CHANGE OF COUNSEL, C-03-4519 JCS

TO ALL COUNSEL OF RECORD:

Pursuant to General Order No. 45 (Section IV), Defendant Foxconn Electronics, Inc. ("Foxconn") hereby notifies the Court that the following attorneys are no longer counsel for Foxconn in this action and should not be listed as counsel for Foxconn nor receive Notices of Electronic Filing through the ECF system in this action: Duo Chen, Heidi Lyn Keefe and Sam Citron O'Rourke.

Dated: September 13, 2005          ORRICK, HERRINGTON & SUTCLIFFE LLP

By:     / s /   Elizabeth A. Howard
Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD. and FOXCONN ELECTRONICS, INC.

Dated: 9/14/5

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA