1  ALBERT J. BRENEISEN
   PHILIP J. MCCABE (SBN 201092)
2  JOHN W. BATEMAN
   MICHAEL M. SHEN
3  SHEILA MORTAZAVI
   KENYON & KENYON
4  River Park Towers
   333 West San Carlos, Suite 600
5  San Jose, CA  95110
   Telephone: 408-975-7500
6  Facsimile: 408-975-7501

7  Attorneys for Plaintiffs
   FCI USA, INC., and FCI AMERICAS
8  TECHNOLOGY, INC.

9  WILLIAM ANTHONY (SBN 106908)
   ELIZABETH HOWARD
10 ALEX CHACHKES
   DIANA RUTOWSKI
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, CA  94025
   Telephone: 650-614-7400
13 Facsimile: 650-614-7401

14 Attorneys for Defendants
   HON HAI PRECISION INDUSTRY, CO.,
15 LTD. and FOXCONN ELECTRONICS, INC.

16
17                       UNITED STATES DISTRICT COURT
18                      NORTHERN DISTRICT OF CALIFORNIA
19                         SAN FRANCISCO DIVISION

20 FCI USA, INC., and FCI AMERICAS
   TECHNOLOGY, INC.,
21                                              Case No.  C-03-4519 JCS
22         Plaintiffs and
           Counter Defendants,                  JOINT STIPULATION REGARDING
                                                CASE SCHEDULE AND [PROPOSED]
23    v.                                        ORDER

24 FOXCONN ELECTRONICS, INC. and HON            Trial Date: May 1, 2006 at 8:30 a.m.
   HAI PRECISION INDUSTRY, CO., LTD.,
25
           Defendants and
26         Counter Claimants.

27
28

1  The parties, through their respective attorneys of record, and subject to the approval of the
2  Court, hereby jointly stipulate to amend the current case schedule with respect to the submission of
3  expert reports, expert discovery, and dispositive motions as set forth in the table below.
4  Specifically, the parties seek to extend the dates for fact discovery, expert discovery, and the
5  briefing of dispositive motions. These extensions of time will allow the parties to efficiently and
6  effectively complete most of the fact discovery prior to serving rebuttal expert reports and filing
7  dispositive motions. The extensions of time sought by the parties should not affect the hearing date
8  on dispositive motions or the trial date.

| Date | Event |
| --- | --- |
| October 28, 2005 | Last Day to File Dispositive Motions |
| October 28, 2005 | Due Date for Rebuttal Expert Reports |
| October 28, 2005 | Close of Fact Discovery |
| November 4, 2005 | Expert Discovery Begins |
| November 11, 2005 | Due Date for Oppositions to Any Dispositive Motions Filed On October 28 |
| November 18, 2005 | Due Date for Replies For Any Dispositive Motions Filed on October 28 (unchanged) |
| November 25, 2005 | Close of Expert Discovery |

20  The case schedule was originally set by the Court on March 8, 2004. The schedule has
21  previously been modified to: (1) continue the *Markman* hearing from November 3, 2004 to
22  November 10, 2004; (2) continue the *Markman* hearing from November 10, 2004 to December 8,
23  2004, and to extend claim construction dates by 30 days; (3) extend post claim construction
24  discovery, motions, final pretrial conference, and jury trial dates by 60 days; (4) modify the
25  schedule in light of mediation proceedings; (5) in light of the dismissal of several patents-in-suit,
26  change the hearing date for dispositive motions, change the date of the pretrial conference, and set
27  the date for trial; and (6) move expert fact discovery dates to better ensure efficient progression.
28  The current schedule is reflected in this Court's Order dated August 12, 2005.

1  Subject to the Court's approval, the parties have agreed upon the following changes: (1)
2  dispositive motions, currently due October 14, 2005, would be due October 28, 2005; (2) rebuttal
3  expert reports, currently due September 30, 2005, would be due October 28, 2005; (3) the close of
4  fact discovery, currently scheduled for October 7, 2005, would move to October 28, 2005; (4) the
5  opening of expert discovery, currently scheduled for October 3, 2005, would move to November 4,
6  2005; (5) oppositions to dispositive motions, currently due November 4, 2005, would be due
7  November 11, 2005; (6) the close of expert discovery, currently scheduled for October 21, 2005,
8  would be moved to November 25, 2005.  The due dates for filing replies to dispositive motion
9  oppositions (November 18, 2005), the hearing on dispositive motions (December 16, 2005), and
10 trial (May 1, 2006) have not been changed.

Dated:  September 19, 2005

ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON

/s/
Michael Shen
Attorneys for Plaintiffs
FCI USA, INC. and
FCI AMERICAS TECHNOLOGY, INC.

Dated:  September 19, 2005

WILLIAM ANTHONY (SBN 106908)
ELIZABETH HOWARD
ALEX CHACHKES
DIANA RUTOWSKI
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Alex Chachkes
Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD.
and FOXCONN ELECTRONICS, INC.

1     I hereby attest that concurrence in the filing of this joint document has been obtained from Alex Chachkes, counsel for Defendants.

Dated: September 19, 2005           /s/
                                    Michael M. Shen

THE STIPULATION IS DENIED AS SUBMITTED.

Dated: 9/19/05          /s/ Hon. Joseph C. Spero
                          JOSEPH C. SPERO
                          United States Magistrate Judge