ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON
River Park Towers
333 West San Carlos, Suite 600
San Jose, CA 95110
Telephone: 408-975-7500
Facsimile: 408-975-7501

Attorneys for Plaintiffs
FCI USA, INC., and FCI AMERICAS
TECHNOLOGY, INC.

WILLIAM ANTHONY (SBN 106908)
ELIZABETH HOWARD
ALEX CHACHKES
DIANA RUTOWSKI
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO.,
LTD. and FOXCONN ELECTRONICS, INC.

*IT IS SO ORDERED*
*Judge Joseph C. Spero*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC., and FCI AMERICAS TECHNOLOGY, INC.,<br><br>　　　　Plaintiffs and<br>　　　　Counter Defendants,<br><br>　　v.<br><br>FOXCONN ELECTRONICS, INC. and HON HAI PRECISION INDUSTRY, CO., LTD.,<br><br>　　　　Defendants and<br>　　　　Counter Claimants. | Case No. C-03-4519 JCS<br><br>JOINT STIPULATION REGARDING CASE SCHEDULE; ORDER THEREON<br><br>Trial Date: May 1, 2006 at 8:30 a.m. |

1  The parties, through their respective attorneys of record, and subject to the approval of the
2  Court, hereby jointly stipulate to modify the current case schedule with respect to the submission of
3  expert rebuttal reports and the dates for fact and expert discovery as set forth in the table below.
4  These extensions of time will allow the parties to complete some additional fact discovery required
5  for preparing the expert rebuttal reports.  The extensions of time sought by the parties will not affect
6  the dates for dispositive motions, the hearing date on dispositive motions, or the trial date.

| Date | Event |
| --- | --- |
| October 28, 2005 | Due Date for Rebuttal Expert Reports |
| October 28, 2005 | Close of Fact Discovery |
| November 4, 2005 | Expert Discovery Begins |
| November 25, 2005 | Close of Expert Discovery |

14  The case schedule was originally set by the Court on March 8, 2004.  The schedule has
15  previously been modified to:  (1) continue the *Markman* hearing from November 3, 2004 to
16  November 10, 2004; (2) continue the *Markman* hearing from November 10, 2004 to December 8,
17  2004, and to extend claim construction dates by 30 days; (3) extend post claim construction
18  discovery, motions, final pretrial conference, and jury trial dates by 60 days; (4) modify the
19  schedule in light of mediation proceedings; (5) in light of the dismissal of several patents-in-suit,
20  change the hearing date for dispositive motions, change the date of the pretrial conference, and set
21  the date for trial; and (6) move expert fact discovery dates to better ensure efficient progression.
22  The current schedule is reflected in this Court's Order dated August 12, 2005.
23  Subject to the Court's approval, the parties have agreed upon the following changes: (1)
24  rebuttal expert reports, currently due September 30, 2005, would be due October 28, 2005; (2) the
25  close of fact discovery, currently scheduled for October 7, 2005, would move to October 28, 2005;
26  (3) the opening of expert discovery, currently scheduled for October 3, 2005, would move to
27  November 4, 2005; (4) the close of expert discovery, currently scheduled for October 21, 2005,
28  would be moved to November 25, 2005.  The dates for dispositive motions (October 14, 2005),

oppositions to dispositive motions (November 4, 2005), replies to oppositions to dispositive motions (November 18, 2005), the hearing on dispositive motions (December 16, 2005), and trial (May 1, 2006) have not been changed.

Dated:  September 20, 2005

ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON

_____/s/_____
Michael Shen
Attorneys for Plaintiffs
FCI USA, INC. and
FCI AMERICAS TECHNOLOGY, INC.

Dated:  September 20, 2005

WILLIAM ANTHONY (SBN 106908)
ELIZABETH HOWARD
ALEX CHACHKES
DIANA RUTOWSKI
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/_____
Alex Chachkes
Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD.
and FOXCONN ELECTRONICS, INC.

   I hereby attest that concurrence in the filing of this joint document has been obtained from Alex Chachkes, counsel for Defendants.

Dated:  September 20, 2005

_____/s/_____
Michael M. Shen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 20, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge

3    JOINT STIPULATION REGARDING CASE SCHEDUL; ORDER THEREON
CASE NO. C-03-4519 JCS