MOUNT & STOELKER
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  Daniel S. Mount, Esq. (State Bar No. 077517)
   Ron C. Finley, Esq. (State Bar No. 200549)
2  Daniel H. Fingerman, Esq. (State Bar No. 229683)
   Jeremy M. Duggan, Esq. (State Bar No. 229854)
3  MOUNT & STOELKER, P.C.
   RiverPark Tower, 17th Floor
4  333 West San Carlos Street
   San Jose, CA 95110
5  Telephone: (408) 279-7000
   Facsimile:  (408) 998-1473
6

7  Attorneys for Defendant
   Foxconn Electronics, Inc.
8

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11
   FCI USA, INC. and FCI AMERICAS          ) Case No.:  C-03-4519 JCS
12 TECHNOLOGY, INC.                        )
                                           ) NOTICE OF CHANGE OF COUNSEL
13           Plaintiffs,                   )
                                           )
14 vs.                                     )
                                           )
15 FOXCONN ELECTRONICS, INC. and           )
   HON HAI PRECISION INDUSTRY CO.,         )
16 LTD.                                    )
                                           )
17           Defendants.                   )
                                           )
18                                         )
                                           )
19
20
21
22
23
24
25
26
27
28

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  NOTICE IS HEREBY GIVEN that pursuant to General Order No. 45 (section IV), Defendant

3  Foxconn Electronics, Inc. ("Foxconn") hereby notifies the Court that the following attorneys are no

4  longer counsel for Foxconn in this action and should not be listed as counsel for Foxconn nor receive

5  Notices of Electronic filing through the ECF system in this action: Ronald C. Finley, Jeremy M.

6  Duggan and Daniel H. Fingerman.

7

8

9  Dated: September 22, 2005    MOUNT & STOELKER, P.C.

10

11

12                                        By:  /s/  Ronald C. Finley
                                              Attorneys for Defendant FOXCONN
13                                            ELECTRONICS, INC.

14

15

16  Z:\CLIENTS\F CLIENTS\Foxco002\Pleadings\Notice Of Change Of Counsel.Doc

17

18  Dated:  Sept. 27, 2005



IT IS SO ORDERED
Judge Joseph C. Spero

19

20

21

22

23

24

25

26

27

28

MOUNT & STOELKER
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000