1  ALBERT J. BRENEISEN
   PHILIP J. MCCABE (STATE BAR NO. 201092)
2  JOHN W. BATEMAN
   MICHAEL M. SHEN
3  SHEILA MORTAZAVI
   KENYON & KENYON
4  River PARK Towers
   333 West San Carlos, Suite 600
5  San JOSE, CA 95110
   TELEPHONE: 408-975-7500
6  FACSIMILE: 408-975-7501

7  Attorneys for Plaintiffs
8  FCI USA, INC., and FCI AMERICAS
   TECHNOLOGY, INC.

9
   WILLIAM L. ANTHONY (STATE BAR NO. 106908)
10 ELIZABETH A. HOWARD (STATE BAR NO. 173185)
   ALEX V. CHACHKES (STATE BAR NO. 183918)
11 DIANA M. RUTOWSKI (STATE BAR NO. 233878)
   SID VENKATESAN
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
13 Menlo Park, CA  94025
   Telephone:    650-614-7400
14 Facsimile:    650-614-7401

15 Attorneys for Defendants
   HON HAI PRECISION INDUSTRY, CO., LTD. and
16 FOXCONN ELECTRONICS, INC.

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20

21
   FCI USA, INC., and FCI AMERICAS          Case No.  C-03-4519 JCS
22 TECHNOLOGY, INC., ,
                                            **STIPULATED REQUEST FOR**
23            Plaintiffs,                   **ORDER CHANGING TIME**

24        v.

25 FOXCONN ELECTRONICS, INC. and HON
   HAI PRECISION INDUSTRY, CO., LTD., ,
26
              Defendants.
27

28

DOCSSV1:430938.1

1        The parties, through their respective attorneys of record, and subject to the

2  approval of the Court, hereby jointly stipulate to amend the current case schedule with respect to

3  the filing of dispositive motions, pursuant to Local Rule 6-2.  The parties seek to amend the last

4  day to file dispositive motions from October 14, 2005 to October 15, 2005 at 3:00 a.m.  Pursuant

5  to Local Rule 6-2, the attached Declaration of Elizabeth A. Howard In Support of The Stipulated

6  Request for Order Changing Time: (1) sets forth the reasons for the requested enlargement of

7  time; (2) discloses all previous time modifications in the case, and (3) describes the effect the

8  requested time modification would have on the schedule of the case.

9  Dated: October 17, 2005      ALBERT J. BRENEISEN

10                PHILIP J. MCCABE (STATE BAR NO. 201092)
                 JOHN W. BATEMAN

11                MICHAEL M. SHEN
                 SHEILA MORTAZAVI

12                KENYON & KENYON

13

14                            _____/s/_____

15                         Albert J. Breneisen
                      Attorneys for Plaintiffs

16             FCI USA, INC. and FCI AMERICAS TECHNOLOGY,
                        INC.

17

18  Dated: October 17, 2005      WILLIAM L. ANTHONY
                 ELIZABETH HOWARD

19                ALEX CHACHKES
                 DIANA M. RUTOWSKI

20                SID VENKATESAN
                 ORRICK, HERRINGTON & SUTCLIFFE LLP

21

22                              _____/s/_____

23                        Elizabeth A. Howard
                      Attorneys for Defendants

24              FOXCONN ELECTRONICS, INC. and
              HON HAI PRECISION INDUSTRY, CO., LTD.

25

26

27

28

1              I hereby attest that concurrence in the filing of this joint document has been

2  obtained from Albert J. Breneisen, counsel for Plaintiffs.

3

4

5  Dated: October 17, 2005                              /s/

6                                     Elizabeth A. Howard

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 18, 2005

_____
The Honorable Joseph C. Spero
United States Magistrate Judge