| | |
|---|---|
| 1 | WILLIAM L. ANTHONY (SBN. 106908) |
| | ELIZABETH HOWARD (SBN. 173185) |
| 2 | ALEX CHACHKES (SBN. 183918) |
| | DIANA M. RUTOWSKI (STATE BAR NO. 233878) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025 |
| | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |
| 6 | Attorneys for Defendants HON HAI PRECISION INDUSTRY, |
| | CO., LTD. and FOXCONN ELECTRONICS, INC. |
| 7 | |
| | ALBERT J. BRENEISEN |
| 8 | PHILIP J. MCCABE |
| | JOHN W. BATEMAN |
| 9 | MICHAEL M. SHEN |
| | SHEILA MORTAZAVI |
| 10 | KENYON & KENYON |
| | River Park Towers |
| 11 | 333 West San Carlos, Suite 600 |
| | Telephone: (408) 975-7500 |
| 12 | Facsimile: (408) 975-7501 |
| 13 | Attorneys for Plaintiffs FCI USA, INC. and FCI AMERICAS |
| | TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC., | Case No.  C-03-4519 JCS |
| | Complaint filed: October 6, 2003 |
| Plaintiffs and Counter Defendants, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE PARTIES' TIME FOR FACT DEPOSITIONS TO NOVEMBER 2005** |
| FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD., | |
| Defendants and Counter Claimants. | |

The parties herein, by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS the fact discovery deadline in this case is October 28, 2005 pursuant

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-03-4519 (JCS)

the schedule set by the Court in the Scheduling Orders entered in this case;

WHEREAS the parties have noticed depositions of parties and nonparties as fact witnesses which cannot be completed in the month of October, due to the schedules of witnesses and counsel; and

WHEREAS the parties agree that the best solution to their scheduling difficulties is to schedule a limited number of fact depositions during the month of November; and

WHEREAS the parties agree that scheduling a limited number of fact depositions in November will not affect the deadline for any other form of discovery and will not disrupt any other deadline set by the Court;

NOW, THEREFORE, the parties request that the Court order the following:

1. For those fact witnesses who have been noticed or requested prior to October 28, 2005, but who have not been deposed by that date, the parties may conduct such depositions in November;

2. All other deadlines set by the Court in the Scheduling Orders it has entered in the case remain in effect.

So stipulated:

Dated: October 25, 2005

/s/
Elizabeth Howard
Attorney for Defendants
FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD.

Dated: October 25, 2005

/s/
Sheila Mortazavi
Attorney for Plaintiffs
FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC.,

2   STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. C-03-4519 (JCS)

1     I hereby attest that concurrence in this joint document has been obtained from Sheila Mortazavi, counsel for Plaintiffs.

Dated: October 25, 2005

                                                      /s/
                              Elizabeth Howard
                             Attorney for Defendants
FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD.

**IT IS SO ORDERED:**

Dated:    October 26, 2005

                              The Hon. Joseph C. Spero
                            United States Magistrate Judge