1 | WILLIAM L. ANTHONY (STATE BAR NO. 106908)
ELIZABETH A. HOWARD (STATE BAR NO. 173185)
2 | ALEX V. CHACHKES (STATE BAR NO. 183918)
DIANA M. RUTOWSKI (STATE BAR NO. 233878)
3 | SIDDHARTHA VENKATESAN (PRO HAC VICE)
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 | 1000 Marsh Road
Menlo Park, CA 94025
5 | Telephone: 650-614-7400
Facsimile: 650-614-7401
6
7 | Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD. and
FOXCONN ELECTRONICS, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC., | Case No. C-03-4519 JCS |
|---|---|
| Plaintiffs and Counter Defendants, | [~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE BRIEF AND EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL COMPLETE WRITTEN DISCOVERY RESPONSES AND DOCUMENT PRODUCTION UNDER SEAL |
| v. | |
| FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD., | |
| Defendants and Counter Claimants. | |

The Court, having considered Foxconn Electronics' Miscellaneous Administrative Request to file Brief Under Seal Pursuant to Civil L.R. 7-11, and good cause appearing therefore,

**IT IS HEREBY ORDERED** Foxconn's Miscellaneous Administrative Request is **GRANTED.** The Clerk of the Court shall file under seal the following documents:

    1. Defendants' Motion to Compel Complete Written Discovery Responses and Document Production;

    2. Exhibit 2 to the Declaration of Elizabeth Howard in Support of Defendants' Motion to Compel Complete Written Discovery Responses and Document

1  Production, dated November 8, 2005 ("Howard Declaration");

2      3.    Exhibit 6 to the Howard Declaration;

3      4.    Exhibit 8 to the Howard Declaration;

4      5.    Exhibit 9 to the Howard Declaration;

5      6.    Exhibit 10 to the Howard Declaration;

6      7.    Exhibit 11 to the Howard Declaration;

7      8.    Exhibit 16 to the Howard Declaration;

8      9.    Exhibit 17 to the Howard Declaration;

9      10.    Exhibit 18 to the Howard Declaration;

10     11.    Exhibit 21 to the Howard Declaration;

11     12.    Exhibit 22 to the Howard Declaration;

12     13.    Exhibit 24 to the Howard Declaration;

13 **IT IS SO ORDERED.**

14

15 Dated: November 9, 2005

16

17 _____
    The Honorable Joseph C. Spero
    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

- 2 -    [PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO FILE BRIEF AND EXHIBITS UNDER SEAL
C-03-4519 JCS