UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCI USA INC., | Case No. C-03-4519 JCS |
| Plaintiff(s), | |
| v. | **ORDER FOR IN-PERSON MEET-AND-CONFER ON NOVEMBER 18, 2005** |
| FOXCONN ELECTRONICS, ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED THAT lead trial counsel for Plaintiff and lead trial counsel for Defendants shall appear **on Friday, November 18, 2005, at 9:30 a.m.,** for an in-person meet-and-confer session in Magistrate Judge Spero's jury room regarding Defendants' Motion for Protective Order and Motion to Compel Complete Written Discovery Responses and Document Production, and all other outstanding discovery issues.

IT IS SO ORDERED.

Dated: November 9, 2005

JOSEPH C. SPERO
United States Magistrate Judge