WILLIAM L. ANTHONY (SBN. 106908)
ELIZABETH HOWARD (SBN. 173185)
ALEX CHACHKES (SBN. 183918)
DIANA M. RUTOWSKI (STATE BAR NO. 233878)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants HON HAI PRECISION INDUSTRY, CO., LTD. and FOXCONN ELECTRONICS, INC.

ALBERT J. BRENEISEN
PHILIP J. MCCABE
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON
River Park Towers
333 West San Carlos, Suite 600
Telephone: (408) 975-7500
Facsimile: (408) 975-7501

Attorneys for Plaintiffs FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC., <br><br> Plaintiffs and Counter Defendants, <br><br> v. <br><br> FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD., <br><br> Defendants and Counter Claimants. | Case No. C-03-4519 JCS <br> Complaint filed: October 6, 2003 <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE PARTIES' TIME FOR EXPERT DEPOSITIONS** |

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. C-03-4519 (JCS)

1   The parties herein, by and through their counsel of record, hereby stipulate and
2   agree as follows:
3   WHEREAS the expert discovery deadline in this case is November 25, 2005
4   pursuant the schedule set by the Court in the Scheduling Orders entered in this case;
5   WHEREAS the depositions of expert witnesses cannot be completed in the month
6   of November, due to the schedules of witnesses and counsel;
7   WHEREAS the parties agree that the best solution to their scheduling difficulties
8   is to schedule the depositions of the witnesses who have been designated as experts on technical
9   issues on or before December 9, 2005; the depositions of the witnesses designated as experts on
10  damages issues prior to the end of December 2005; and the depositions of the witnesses
11  designated as experts on practice before the U.S. Patent and Trademark Office prior to the end of
12  January 2006; and
13  WHEREAS the parties agree that the expert deposition schedule above will not
14  disrupt any other deadline set by the Court;
15  NOW, THEREFORE, the parties request that the Court order the following:
16  1.   The parties may conduct depositions of the witnesses who have been
17  designated as experts on technical issues on or before December 9, 2005; the depositions of the
18  witnesses designated as experts on damages issues prior to the end of December 2005; and the
19  depositions of the witnesses designated as experts on practice before the U.S. Patent and
20  Trademark Office prior to the end of January 2006;
21  //
22
23
24
25
26
27
28

1   STIPULATION AND [PROPOSED] ORDER
    CASE NO. C-03-4519 (JCS)

2. All other deadlines set by the Court in the Scheduling Orders it has entered in the case remain in effect.

So stipulated:

Dated: November 11, 2005

/ s /
Alex Chachkes
Attorney for Defendants
FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD.

Dated: November 11, 2005

/ s /
Sheila Mortazavi
Attorney for Plaintiffs
FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC.,

I hereby attest that concurrence in this joint document has been obtained from Sheila Mortazavi, counsel for Plaintiffs.

Dated: November 11, 2005

/ s /
Alex Chachkes
Attorney for Defendants
FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD.

**SO ORDERED:**

Dated: November 15, 2005

The Hon. Joseph C. Spero
United States Magistrate Judge