1   WILLIAM L. ANTHONY (STATE BAR NO. 106908)
    ELIZABETH A. HOWARD (STATE BAR NO. 173185)
2   ALEX V. CHACHKES (STATE BAR NO. 183918)
    DIANA M. RUTOWSKI (STATE BAR NO. 233878)
3   SIDDHARTHA VENKATESAN (PRO HAC VICE)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
4   1000 Marsh Road
    Menlo Park, CA  94025
5   Telephone:    650-614-7400
    Facsimile:    650-614-7401
6
    Attorneys for Defendants
7   HON HAI PRECISION INDUSTRY, CO., LTD. and
    FOXCONN ELECTRONICS, INC.
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12

13  FCI USA, INC. and FCI AMERICAS              Case No.  C-03-4519 JCS
    TECHNOLOGY, INC.,
14                                              [PROPOSED] ORDER GRANTING
          Plaintiffs and Counter Defendants,    DEFENDANTS' MISCELLANEOUS
15                                              ADMINISTRATIVE REQUEST TO
          v.                                    FILE BRIEF AND ERRATA UNDER
16                                              SEAL
    FOXCONN ELECTRONICS, INC., and
17  HON HAI PRECISION INDUSTRY, CO.,
    LTD.,
18
          Defendants and Counter Claimants.
19

20

21

22

23

24

25

26

27

28

1          The Court, having considered Foxconn Electronics' Miscellaneous Administrative

2    Request to file Brief and Errata Under Seal Pursuant to Civil L.R. 7-11, and good cause appearing

3    therefore,

4          **IT IS HEREBY ORDERED** Foxconn's Miscellaneous Administrative Request is

5    **GRANTED.** The Clerk of the Court shall file under seal the following documents:

6          1.    Defendants' Amended Motion for Summary Judgment of Invalidity of U.S.

7    Patent No. 6,042,389 for Lack of Written Description, dated November 17, 2005;

8          2.    Errata to Defendants' Motion for Summary Judgment of Invalidity of U.S.

9    Patent No. 6,042,389 for Lack of Written Description, dated November 17, 2005;

10          **IT IS SO ORDERED.**

11

Dated: November 18 , 2005

12

13          _____

14          The Honorable Joseph C. Spero
            United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -