| | |
|---|---|
| 1 | ALBERT J. BRENEISEN |
| | PHILIP J. MCCABE (SBN 201092) |
| 2 | JOHN W. BATEMAN |
| | MICHAEL M. SHEN |
| 3 | SHEILA MORTAZAVI |
| | KENYON & KENYON |
| 4 | River Park Towers |
| | 333 West San Carlos, Suite 600 |
| 5 | San Jose, California 95110 |
| | Tel: (408) 975-7500 |
| 6 | Fax: (408) 975-7501 |
| | E-mail: pmccabe@kenyon.com |
| 7 | |
| | Attorneys for Plaintiffs |
| 8 | FCI USA, INC. and |
| | FCI AMERICAS TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC., and FCI AMERICAS TECHNOLOGY, INC., | ) ) ) Case No. C-03-4519 JCS |
| Plaintiffs, | ) ) |
| v. | ) [~~PROPOSED~~] ORDER GRANTING FCI'S ) REQUEST TO FILE CERTAIN EXHIBITS |
| HON HAI PRECISION INDUSTRY, CO., LTD. And FOXCONN ELECTRONICS, INC., | ) TO THE DECLARATION OF MICHAEL M. ) SHEN IN SUPPORT OF FCI'S ) OPPOSITION TO DEFENDANTS' MOTION ) TO COMPEL COMPLETE WRITTEN ) RESPONSES AND DOCUMENT |
| Defendants. | ) PRODUCTION UNDER SEAL ) |
| | ) Hearing: November 18, 2005 ) 9:30 a.m. ) ) |

UPON CONSIDERATION OF FCI's Administrative Request to File Certain Exhibits to the Declaration of Michael M. Shen in Support of FCI's Opposition Brief to Defendants' Motion to Compel Complete Written Responses and Document Production Under Seal,

GOOD CAUSE BEING SHOWN,

1  IT IS HEREBY ORDERED that exhibits 1, 2, and 3 attached to the Declaration of Michael M. Shen in Support of FCI's Opposition to Defendants' Motion to Compel Complete Written Responses and Document Production be Sealed.

Dated: 11/18/05

_____
The Honorable Joseph C. Spero
United States Magistrate Judge