1  WILLIAM L. ANTHONY (STATE BAR NO. 106908)
   ELIZABETH A. HOWARD (STATE BAR NO. 173185)
2  ALEX V. CHACHKES (STATE BAR NO. 183918)
   DIANA M. RUTOWSKI (STATE BAR NO. 233878)
3  SIDDHARTHA VENKATESAN (PRO HAC VICE)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA  94025
5  Telephone:     650-614-7400
   Facsimile:      650-614-7401
6
   Attorneys for Defendants
7  HON HAI PRECISION INDUSTRY, CO., LTD. and
   FOXCONN ELECTRONICS, INC.
8
9                   UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION
12
13 FCI USA, INC. and FCI AMERICAS          Case No.  C-03-4519 JCS
   TECHNOLOGY, INC.,
14                                          [~~PROPOSED~~] ORDER GRANTING
          Plaintiffs and Counter Defendants,  DEFENDANTS' MISCELLANEOUS
15                                          ADMINISTRATIVE REQUEST TO
          v.                                FILE AN EXHIBIT IN FURTHER
16                                          SUPPORT OF THEIR MOTION FOR
   FOXCONN ELECTRONICS, INC., and          PROTECTIVE ORDER UNDER
17 HON HAI PRECISION INDUSTRY, CO.,         SEAL
   LTD.,
18
          Defendants and Counter Claimants.
19
20
21
22
23
24
25
26
27
28
                                          [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE
                                            REQUEST TO FILE EXHIBIT UNDER SEAL
                                                         C-03-4519 JCS

1   The Court, having considered Foxconn Electronics' Miscellaneous Administrative

2   Request to file An Exhibit Under Seal Pursuant to Civil L.R. 7-11, and good cause appearing

3   therefore,

4   **IT IS HEREBY ORDERED** Foxconn's Miscellaneous Administrative Request is

5   **GRANTED.** The Clerk of the Court shall file under seal the following documents:

6   1.   Exhibit 1 to the Declaration of Alex V. Chachkes in Further Support of

7   Defendants' Motion for Protective Order, dated November 16, 2005;

8   **IT IS SO ORDERED.**

9

10  Dated: November 21 , 2005

11  _____
    The Honorable Joseph C. Spero

12  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
REQUEST TO FILE EXHIBIT UNDER SEAL
C-03-4519 JCS