1  WILLIAM L. ANTHONY (STATE BAR NO. 106908)
   ELIZABETH A. HOWARD (STATE BAR NO. 173185)
2  ALEX V. CHACHKES (STATE BAR NO. 183918)
   DIANA M. RUTOWSKI (STATE BAR NO. 233878)
3  SIDDHARTHA VENKATESAN (PRO HAC VICE)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
4  1000 Marsh Road
   Menlo Park, CA  94025
5  Telephone:     650-614-7400
   Facsimile:     650-614-7401
6
   Attorneys for Defendants
7  HON HAI PRECISION INDUSTRY, CO., LTD. and
   FOXCONN ELECTRONICS, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC., <br><br> Plaintiffs and Counter Defendants, <br><br> v. <br><br> FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD., <br><br> Defendants and Counter Claimants. | Case No.  C-03-4519 JCS <br><br> **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE AN EXHIBIT IN FURTHER SUPPORT OF THEIR MOTION FOR PROTECTIVE ORDER UNDER SEAL** |

The Court, having considered Foxconn Electronics' Miscellaneous Administrative Request to file An Exhibit Under Seal Pursuant to Civil L.R. 7-11, and good cause appearing therefore,

**IT IS HEREBY ORDERED** Foxconn's Miscellaneous Administrative Request is **GRANTED.** The Clerk of the Court shall file under seal the following documents:

1. Exhibit 1 to the Declaration of Alex V. Chachkes in Further Support of Defendants' Motion for Protective Order, dated November 16, 2005;

**IT IS SO ORDERED.**

Dated: November 21, 2005

_____
The Honorable Joseph C. Spero
United States Magistrate Judge