ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON
River Park Towers
333 West San Carlos, Suite 600
San Jose, California 95110
(408) 975-7500 telephone
(408) 975-7501 facsimile
E-mail: pmccabe@kenyon.com

Attorneys for Plaintiffs
FCI USA, INC. and
FCI AMERICAS TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC., and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HON HAI PRECISION INDUSTRY, CO., LTD. and FOXCONN ELECTRONICS, INC.,<br><br>        Defendants. | Case No. C-03-4519 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING FCI'S REQUEST TO FILE EXHIBITS UNDER SEAL<br><br>Hearing: December 16, 2005, 9:30 a.m. |

UPON CONSIDERATION OF FCI's Request to File Exhibits Under Seal; and

GOOD CAUSE BEING SHOWN,

IT IS HEREBY ORDERED that Exhibits C and E attached to the Declaration of Michael Shen In Support of FCI's Reply Brief In Support Of Its Motion For Partial Summary Judgment Of Infringement And Willful Infringement be SEALED.

Dated: Nov. 23, 2005

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

-1-      [~~Proposed~~] Order Granting FCI's
Request to File Exhibits Under Seal
C-03-4519 JCS