WILLIAM L. ANTHONY (STATE BAR NO. 106908)
ELIZABETH A. HOWARD (STATE BAR NO. 173185)
ALEX V. CHACHKES (STATE BAR NO. 183918)
DIANA M. RUTOWSKI (STATE BAR NO. 233878)
SIDDHARTHA VENKATESAN (PRO HAC VICE)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD. and
FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC.,<br><br>Plaintiffs and Counter Defendants,<br><br>v.<br><br>FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD.,<br><br>Defendants and Counter Claimants. | Case No. C-03-4519 JCS<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE BRIEF AND EXHIBITS UNDER SEAL |

1         The Court, having considered Foxconn Electronics' Miscellaneous Administrative Request to file Brief and Exhibits Under Seal Pursuant to Civil L.R. 7-11, and good cause appearing therefore,

        **IT IS HEREBY ORDERED** Foxconn's Miscellaneous Administrative Request is **GRANTED.** The Clerk of the Court shall file under seal the following documents:

    1.    Defendants' Reply Brief In Support of Its Motion for Summary Judgment of U.S. Patent No. 6,042,389 for Lack of Written Description;

    2.    Exhibits 3 to the Omnibus Declaration of Diana Rutowski In Support of Defendants' Replies In Support of Their Motions for Summary Judgment of Invalidity and Non-Infringement of U.S. Patent No. 6,042,389 and U.S. Patent No. 6,241,535 ("Rutowski Declaration");

    3.    Exhibit 9 to the Rutowski Declaration;

    4.    Exhibit 10 to the Rutowski Declaration;

**IT IS SO ORDERED.**

Dated: November 23, 2005

_____
The Honorable Joseph C. Spero
United States Magistrate Judge