ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON
River Park Towers
333 West San Carlos, Suite 600
San Jose, California 95110
Tel: (408) 975-7500
Fax: (408) 975-7501
E-mail: pmccabe@kenyon.com

Attorneys for Plaintiffs
FCI USA, INC. and
FCI AMERICAS TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC., and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HON HAI PRECISION INDUSTRY, CO., LTD. and FOXCONN ELECTRONICS, INC.,<br><br>Defendants. | Case No. C-03-4519 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING FCI'S REQUEST TO FILE FCI'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT AND WILLFUL INFRINGEMENT UNDER SEAL<br><br>Hearing: December 16, 9:30 a.m. |

UPON CONSIDERATION OF FCI's Administrative Request to File FCI's Reply Brief In Support Of Its Motion For Partial Summary Judgment Of Infringement And Willful Infringement Under Seal; and

GOOD CAUSE BEING SHOWN,

1
2  IT IS HEREBY ORDERED that FCI's Reply Brief In Support Of Its Motion For Partial
3  Summary Judgment Of Infringement And Willful Infringement be SEALED.
4
   Dated: Nov. 23, 2005                     _____
5                                           The Honorable Joseph C. Spero
                                            United States Magistrate Judge
6
7
8
...
28

-2-    [Proposed] Order Granting FCI's Request
       to File Under Seal
       C-03-4519 JCS