**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FCI USA, INC., ET AL.,

        Plaintiff(s),

    v.

HON HAI PRECISION INDUSTRY, ET AL.,

        Defendant(s).

_____/

No. C03-4519 JCS

**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO COMPEL [Docket No. 281] AND DEFENDANTS' MOTION FOR PROTECTIVE ORDER [Docket No. 248]**

    IT IS HEREBY ORDERED that Defendants' Motion to Compel and Motion for Protective Order are DENIED as moot pursuant to the Joint Submission Regarding Discovery Disputes received by the Court on November 23, 2005.

    IT IS SO ORDERED.

Dated:  November 28, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge