WILLIAM L. ANTHONY (SBN. 106908)
ELIZABETH HOWARD (SBN. 173185)
ALEX CHACHKES (SBN. 183918)
DIANA M. RUTOWSKI (STATE BAR NO. 233878)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants HON HAI PRECISION INDUSTRY, CO., LTD. and FOXCONN ELECTRONICS, INC.

ALBERT J. BRENEISEN
PHILIP J. MCCABE (SBN 201092)
JOHN W. BATEMAN
MICHAEL M. SHEN
SHEILA MORTAZAVI
KENYON & KENYON
River Park Towers
333 West San Carlos, Suite 600
Telephone: (408) 975-7500
Facsimile: (408) 975-7501

Attorneys for Plaintiffs FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC. and FCI AMERICAS TECHNOLOGY, INC.,<br><br>Plaintiffs and Counter Defendants,<br><br>v.<br><br>FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD.,<br><br>Defendants and Counter Claimants. | Case No. C-03-4519 JCS<br>Complaint filed: October 6, 2003<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING FOXCONN'S TIME TO DEPOSE DR. JOHN PRINCE** |

1     The parties herein, by and through their counsel of record, hereby stipulate and
2 agree as follows:
3     WHEREAS the deadline for the depositions of witnesses who have been
4 designated as experts on technical issues is December 9, 2005 pursuant to the Court's Order dated
5 November 15, 2005 (D.I. 310);
6     WHEREAS the deposition of Dr. John Prince, a technical expert designated by
7 FCI, cannot be completed by December 9, 2005, due to the schedules of Dr. Prince and counsel;
8     WHEREAS the parties agree that the best solution to the scheduling difficulties is
9 to schedule the deposition of Dr. Prince prior to the end of January 2006; and
10     WHEREAS the parties agree that this expert deposition will not disrupt any other
11 deadline set by the Court;
12     NOW, THEREFORE, the parties request that the Court order the following:
13     1.     The parties may conduct the deposition of Dr. John Prince prior to the end
14 of January 2006;
15     2.     All other deadlines set by the Court in the Scheduling Orders it has entered
16 in the case remain in effect.

18     So stipulated:

20 Dated: December 5, 2005

/ s /
Elizabeth Howard
Attorney for Defendants
FOXCONN ELECTRONICS, INC., and HON
HAI PRECISION INDUSTRY, CO., LTD.

Dated: December 5, 2005

/ s /
Michael Shen
Attorney for Plaintiffs
FCI USA, INC. and FCI AMERICAS
TECHNOLOGY, INC.,

27     I hereby attest that concurrence in this joint document has been obtained from

1     STIPULATION AND [PROPOSED] ORDER
CASE NO. C-03-4519 (JCS)

1 | Michael Shen, counsel for Plaintiffs.

3 | Dated: December 5, 2005

/ s /
Elizabeth Howard
Attorney for Defendants
FOXCONN ELECTRONICS, INC., and HON HAI PRECISION INDUSTRY, CO., LTD.

**SO ORDERED:**

Dated: December  6  , 2005

The Hon. Joseph C. Spero
United States Magistrate Judge

2    STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. C-03-4519 (JCS)