UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCI USA, INC., ET AL.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>HON HAI PRECISION INDUSTRY, ET AL.,<br><br>      Defendant(s).<br>_____/ | No. C03-4519 JCS<br><br>**ORDER RE CONTINUING HEARING ON ALL PENDING MOTIONS FOR SUMMARY JUDGMENT AND FILING OF SUR-REPLY BRIEF** |

    IT IS HEREBY ORDERED that Plaintiff FCI USA shall electronically file its sur-reply brief by midnight on Wednesday, December 7, 2005, with copies to be delivered to Judge Spero's chambers on Thursday, December 8, 2005, at 9:00 a.m. Leave to file the sur-reply brief is granted subject to the possibility that the Court may later strike the sur-reply as moot if it determines that it is appropriate to strike the new arguments to which the sur-reply responds raised in Foxconn's reply brief. Defendants will not be permitted to file any further briefs.

    IT IS HEREBY FURTHER ORDERED that oral argument on all the Motions for Summary Judgment, currently set for December 16, 2005, at 9:30 a.m., has been continued to **January 6, 2006, at 1:30 p.m.**

    IT IS SO ORDERED.

Dated: December 8, 2005

                                                    JOSEPH C. SPERO<br>
                                                    United States Magistrate Judge