IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCI USA INC, | No. C03-4519 JCS |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON ALL PENDING SUMMARY JUDGMENT MOTIONS [Docket No. 371]** |
| FOXCONN ELECTRONICS, ET AL., | |
| Defendant. | |

The Stipulation Continuing the Hearing on all Pending Motions for Summary Judgment, filed on December 16, 2005, in the above captioned case is **GRANTED.** The hearing on the pending motions is continued to **January 13, 2006, at 1:30 p.m.**

**IT IS SO ORDERED**

Dated: December 19, 2005

Joseph C. Spero
UNITED STATES MAG. JUDGE