Albert J. Breneisen
Philip J. McCabe (SBN 201092)
John W. Bateman
Michael M. Shen
Sheila Mortazavi
KENYON & KENYON LLP
River Park Towers
333 West San Carlos, Suite 600
San Jose, CA 95110
Telephone: 408-975-7500
Facsimile: 408-975-7501

Attorneys for Plaintiffs
FCI USA, INC., and FCI AMERICAS
TECHNOLOGY, INC.

William L. Anthony, Jr. (SBN 106908)
Elizabeth Howard (SBN 173185)
Alex Chachkes (SBN 183918)
Diana M. Rutowski (SBN 233878)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD. and
FOXCONN ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FCI USA, INC., and FCI AMERICAS TECHNOLOGY, INC., <br><br> Plaintiffs and Counter Defendants, <br><br> v. <br><br> FOXCONN ELECTRONICS, INC. and HON HAI PRECISION INDUSTRY, CO., LTD., <br><br> Defendants and Counter Claimants. | Case No. C-03-4519 JCS <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER** |

Plaintiffs FCI USA, Inc. and FCI Americas Technology, Inc. and Defendants Hon Hai Precision Industry Co., Ltd. And Foxconn Electronics Inc. hereby respectfully withdraw their pending motions without prejudice and request the hearing scheduled for January 13, 2006 on said motions be removed from the calendar. The parties further respectfully request a Case Management Conference ("CMC") to be scheduled for February 17, 2006.

Dated: January 10, 2006

/s/
Albert J. Breneisen
Philip J. McCabe (SBN 201092)
John W. Bateman
Michael M. Shen
Sheila Mortazavi
KENYON & KENYON LLP
River Park Towers
333 West San Carlos, Suite 600
San Jose, CA 95110
Telephone: 408-975-7500
Facsimile: 408-975-7501

Attorneys for Plaintiffs
FCI USA, INC., and FCI AMERICAS
TECHNOLOGY, INC.

Dated: January 10, 2006

/s/
William B. Anthony, Jr. (SBN 106908)
Elizabeth Howard (SBN 173185)
Alex Chachkes (SBN 183918)
Diana M. Rutowski (SBN 233878)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD.
and FOXCONN ELECTRONICS, INC.

I hereby attest that concurrence in this Joint Stipulation has been obtained from Elizabeth Howard, counsel for Defendants.

Dated January 10, 2006

/s/
Albert J. Breneisen

IT IS SO ORDERED

Dated: Jan. 10, 2006

_____
The Honorable Joseph C. Spero