1  Albert J. Breneisen
   Philip J. McCabe (SBN 201092)
2  John W. Bateman
   Michael M. Shen
3  Sheila Mortazavi
   KENYON & KENYON LLP
4  River Park Towers
   333 West San Carlos, Suite 600
5  San Jose, CA 95110
   Telephone: 408-975-7500
6  Facsimile: 408-975-7501

7  Attorneys for Plaintiffs
   FCI USA, INC., and FCI AMERICAS
8  TECHNOLOGY, INC.

9  William L. Anthony, Jr. (SBN 106908)
   Elizabeth Howard (SBN 173185)
10 Alex Chachkes (SBN 183918)
   Diana M. Rutowski (SBN 233878)
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
12 Menlo Park, CA 94025
   Telephone: 650-614-7400
13 Facsimile: 650-614-7401

14 Attorneys for Defendants
   HON HAI PRECISION INDUSTRY, CO., LTD. and
15 FOXCONN ELECTRONICS, INC.

16                 UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20 FCI USA, INC., and FCI AMERICAS
   TECHNOLOGY, INC.,                          Case No. C-03-4519 JCS
21
            Plaintiffs and                    **JOINT STIPULATION OF**
22          Counter Defendants,               **DISMISSAL AND [PROPOSED]**
                                              **ORDER**
23     v.

24 FOXCONN ELECTRONICS, INC. and HON
   HAI PRECISION INDUSTRY, CO., LTD.,
25
            Defendants and
26          Counter Claimants.

27

28

Plaintiffs FCI USA, Inc. and FCI Americas Technology, Inc. and Defendants Hon Hai Precision Industry Co., Ltd. And Foxconn Electronics Inc., hereby stipulate that they have entered into a Settlement Agreement resolving their dispute, and move this Court pursuant to rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, for entry of an order dismissing with prejudice this action in its entirety. The parties request that this Court retain jurisdiction over this matter and the parties for purposes of enforcement of the Settlement Agreement. Each party shall bear its own costs, fees, and attorneys' fees.

Dated: January 26, 2006

Albert J. Breneisen
Philip J. McCabe (SBN 201092)
John W. Bateman
Michael M. Shen
Sheila Mortazavi
KENYON & KENYON
River Park Towers
333 West San Carlos, Suite 600
San Jose, CA 95110
Telephone: 408-975-7500
Facsimile: 408-975-7501

Attorneys for Plaintiffs
FCI USA, INC., and FCI AMERICAS TECHNOLOGY, INC.

Dated: January 7, 2006

William L. Anthony, Jr (SBN 106908)
Elizabeth Howard (SBN 173185)
Alex Chachkes (SBN 183918)
Diana M. Rutowski (SBN 233878)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendants
HON HAI PRECISION INDUSTRY, CO., LTD. and FOXCONN ELECTRONICS, INC.

2　　JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER.
CASE NO. C-03-4519 JCS

1  IT IS SO ORDERED

3  Dated: _Feb. 2, 2006_

    _____
    The Honorable Joseph C. Spero